**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00935-CV

## IN RE JACOBS FIELD SERVICES NORTH AMERICA, INC., JACOBS ENGINEERING GROUP INC., JACOBS ENGINEERING, INC., AND NORWEST HYDRAULIC & PNEUMATIC, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-27771**

## MEMORANDUM OPINION

On December 1, 2017, relators Jacobs Field Services North America, Inc., Jacobs Engineering Group Inc., Jacobs Engineering, Inc., and NorWest Hydraulic & Pneumatic, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't

Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52.  In the petition, relators ask this Court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to set aside her December 1, 2017 orders (1) granting real parties in interest's motion to exclude relators' witnesses; and (2) denying relators' motion for continuance.

Relators filed an unopposed motion to dismiss their petition because the parties have settled the case.  The requested relief is now moot.  Therefore, the motion is **GRANTED**.

Accordingly, relators' petition for writ of mandamus is ordered dismissed. Relators' motion for temporary relief is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.